# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| EMPIRE TRUST, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. CELLURA, *et al.*,<br><br>Defendants. | Case No. 3:25-CV-00553-MMD-CLB<br><br>**ORDER GRANTING DEFENDANT JOSEPH R. CELLURA'S MOTION TO SUBSTITUTE PARTY**<br><br>[ECF No. 125] |

Currently pending before the Court is Defendant Joseph R. Cellura's ("Cellura") motion to substitute party pursuant to Federal Rule of Civil Procedure 25(a)(1). (ECF No. 125.) Defense counsel represents Cellura passed away on June 21, 2025, and now seeks to substitute Molly M. LeGoy, the special administrator of Cellura's estate, in his place. (*Id.*) Plaintiffs did not file an opposition or otherwise respond to the motion. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to granting the motion. Accordingly, Cellura's motion to substitute Molly M. LeGoy in his place, (ECF No. 125), is **GRANTED**.

The Court hereby orders that, by reason of death, Defendant Joseph R. Cellura is no longer a party to this action, and that Molly M. LeGoy, Special Administrator for the Estate of Joseph R. Cellura, is substituted as a party to this action in his place. Ms. LeGoy is subject to the jurisdiction of this Court in this action.

**IT IS SO ORDERED.**

**DATED**: January 6, 2026.

**UNITED STATES MAGISTRATE JUDGE**